# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

| | |
|---|---|
| Richard Anthony Price<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>JP MORGAN CHASE, BANK OF AMERICA, WELLS FARGO & CO, CITIGROUP, US BANCORP, TRUIST FINANCIAL CORP., PNC FINANCIAL SERVICES, TD BANK, BANK OF NEW YORK MELLON CORP.,<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_ ☐ Yes ☑ No<br><br>FILED BY __NW__ D.C.<br>JAN 26 2023<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. – W.P.B. |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

      Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RICHARD ANTHONY PRICE TTEE / TRAP IRRV. FAM. TRUST |
| Street Address | 1711 AVENUE F |
| City and County | RIVIERA BEACH |
| State and Zip Code | FLORIDA 33404 |
| Telephone Number | 561-290-3883 |
| E-mail Address | MRRICHARDAPRICE68@GMAIL.COM |

   B. **The Defendant(s)**

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name: AMERICAN EXPRESS
Job or Title (if known):
Street Address: 200 VESEY ST
City and County: NEW YORK
State and Zip Code: NEW YORK 10285
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name: MASTER CARD
Job or Title (if known):
Street Address: 2000 PURCHASE ST
City and County: PURCHASE
State and Zip Code: NY 10577
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name: VISA CARD
Job or Title (if known):
Street Address: ONE MARKET PLAZA
City and County: SAN FRANCISCO
State and Zip Code: CALIFORNIA 94105
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name: DISCOVER CARD
Job or Title (if known):
Street Address: 2500 LAKE COOK RD
City and County: RIVERWOODS
State and Zip Code: ILLINOIS 60015
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

ACQUIESCENCE OF AN AFFIDAVIT
ACQUIESCENCE OF A NOTICE OF DEFAULT W/ OPPORTUNITY TO CURE

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* RICHARD ANTHONY PRICE, is a citizen of the State of *(name)* FLORIDA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* <u>10 BANKS & 4 CREDIT CARD CO.</u>, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

MY AFFIDAVIT EXPRESSED 50K PER WEEK FROM EACH BANK FOR 4 WEEKS TIMES 52 TO MAKE UP THE FULL YEAR, FOR 1,000 YEARS.
MY AFFIDAVIT EXPRESSED 500K PER MONTH FROM EACH CREDIT CARD COMPANY FOR 13 MONTHS TO MAKE UP THE FULL YEAR OF 52 WEEKS, FOR 1,000 YEARS. 36.4B

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

WHEN AN AFFIDAVIT OF TRUTH IS PRESENTED, IT IS THE BUSINESS OF THE DEFENDANT TO REBUT THE AFFIDAVIT. IF NOT REBUTTED THE AFFIDAVIT STANDS AS LAW. THE NOTICE OF DEFAULT WITH THE OPPORTUNITY TO CURE WAS ALSO ACQUIESCENCED TO.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE DEMAND OF THE AFFIDAVIT AWARDED TO THE PLANTIFF IN FULL, 36.4B.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-26-23

Signature of Plaintiff

Printed Name of Plaintiff    RICHARD ANTHONY PRICE

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

AMERICAN EXPRESS
200 VESEY ST
NEW YORK, NY 10285

MASTER CARD
2000 PURCHASE ST
PURCHASE, NY 10577

VISA CARD
ONE MARKET PLAZA
SAN FRANCISCO, CA 94105

DISCOVER CARD
2500 LAKE COOK RD
RIVERWOODS, IL 60015

JPMorgan Chase
270 Park Avenue
New York, New York 10172

Bank of America
100 N Tryon St
Charlotte, NC 28255

Wells Fargo & Co.
420 Montgomery St
San Francisco, CA 94104

Citigroup
388 Greenwich St
New York, NY 10013

U.S. Bancorp
800 Nicollet Mall
Minneapolis, MN 55402

Truist Financial Corporation
214 N Tryon St
Charlotte, NC 28202

PNC Financial Services
One PNC Plaza,
249 Fifth Ave
Pittsburg, PA 15222

TD Bank
1701 Route 70 E.
Cherry Hill, New Jersey 08003

Capital One
1680 Capital One Drive
McLean, VA 22102

Bank of New York Mellon Corp.
240 Greenwich St.
New York, NY 10286